## STATE OF CONNECTICUT *v.* EDWIN ADAMES
### (AC 21072)

Lavery, C. J., and Foti and O'Connell, Js.

Argued December 10, 2001—officially released January 15, 2002

Per Curiam. This case is controlled by *State* v. *Davis*, 190 Conn. 327, 461 A.2d 947, cert. denied, 464 U.S. 938, 104 S. Ct. 350, 78 L. Ed. 2d 315 (1983).

The judgment is affirmed.

## FLOYD WILLIAMS *v.* COMMISSIONER OF CORRECTION
### (AC 21334)

Lavery, C. J., and Foti and O'Connell, Js.

Submitted on briefs December 13, 2001—officially released January 15, 2002

Per Curiam. The trial court did not abuse its discretion in denying the petition for certification to appeal.

The appeal is dismissed.

## BRUCE E. WOODS *v.* SONSECHORAY WOODS
### (AC 21634)

Lavery, C. J., and Foti and O'Connell, Js.

Submitted on briefs December 13, 2001—officially released January 15, 2002

Per Curiam. The judgment is affirmed.